UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BELLE CHASSE MARINE TRANSPORTATION, LLC,<br><br>Plaintiff<br><br>v.<br><br>M/V DONNA J BOUCHARD, her engines, tackle, appurtenances, and apparel, *in rem;* and BOUCHARD TRANSPORTATION CO., INC., *in personam*<br><br>Defendant | CIVIL ACTION NO.<br><br>SECTION:<br><br>JUDGE:<br><br>MAG. JUDGE:<br><br>**Pursuant to Rule 9(h)** |

## ORIGINAL VERIFIED COMPLAINT

Plaintiff, Belle Chasse Marine Transportation, LLC ("Belle Chasse Marine"), by and through its undersigned counsel, for its Original Verified Complaint against Bouchard Transportation Co., Inc., ("Bouchard"), respectfully alleges as follows:

**JURISDICTION & VENUE**

1.

This is an action within the admiralty jurisdiction of the United States and of this Honorable Court pursuant to 28 U.S.C. § 1333, and within the meaning of Federal Rule of Civil Procedure 9(h). This action is brought pursuant to Rules B and C of the Supplemental Rules for Admiralty and Maritime Claims to the Federal Rules of Civil Procedure (the "Admiralty Rules").

2.

Venue is proper in this district because property of the defendant is present within this district and is subject to arrest and attachment pursuant to Admiralty Rules B and C, respectively. Venue is also proper in this district because a substantial part of the events or omissions giving

rise to this claim (specifically, the provision of services as set forth herein) occurred within this District.

## PARTIES

3.

Plaintiff Belle Chasse Marine Transportation, LLC, was and is at all material times a limited liability company organized and existing under the laws of Louisiana, with its principal place of business in Louisiana. Belle Chasse Marine was and is in the business of providing transportation and launch services to vessels calling the Port of New Orleans and surrounding ports.

4.

Defendant Bouchard Transportation Co., Inc. was and is at all material times a corporation organized and existing under the laws of New York, with its principal place of business in New York, and was and is the owner and operator of various oceangoing tugs and barges that periodically call in New Orleans and surrounding ports.

Defendant M/V DONNA J BROUSSARD was and is at all material times an articulated tug boat of 1,763 gross tons, bearing IMO NO. 9753181, and sailing under the flag of the United States.

## FACTUAL ALLEGATIONS

5.

Between October 2017 and October 2019, Belle Chasse Marine provided launch services to numerous vessels owned and operated by Bouchard, *to wit*: the M/V DONNA J BOUCHARD; the M/V DANIELLE M. BOUCHARD; the M/V BRENDAN BOUCHARD; the M/V KIM M BOUCHARD; the M/V RALPH E. BOUCHARD; the M/V MARION C. BOUCHARD; the M/V

RALPH E. BOUCHARD; the M/V CAPT. FRED BOUCHARD; the M/V LINDA LEE BOUCHARD; the M/V J GEORGE BETZ; the M/V BOUCHARD GIRLS; and the M/V LEIGH ANN BOUCHARD. As to each vessel, Belle Chasse Marine provided services out of its launch sites located in New Orleans, Belle Chasse, Ama, Davant, Burnside, Violet, and Grandview, Louisiana. The dates of each occasion on which Belle Chasse Marine provided service to Bouchard's vessels, along with the corresponding vessel's name, invoice number, and the cost of service, are set forth in the invoices attached as Exhibit A and statement of account attached as Exhibit B, both of which are incorporated herein as if set forth *in extenso*.

6.

Following each occasion on which Belle Chasse Marine provided services to Bouchard's vessels in the above-stated period, Belle Chasse Marine promptly issued a corresponding invoice in the amount of the service provided. *See* Exhibit A. Each invoice contained payment terms requiring that full payment be made within thirty (30) days of the invoice's date, after which any overdue balance would be subject to interest at a rate of 1-1/2% per month. *Id.* Belle Chasse Marine's invoices further entitle Belle Chasse Marine to recover any and all legal fees and court costs incurred in any collection effort resulting from nonpayment or untimely payment of any invoice. *Id.*

7.

Despite the passage of the due date for payment on Belle Chasse Marine's invoices issued between October 2017 and October 2019, and notwithstanding numerous requests for payment of the monies due and efforts to amicably resolve this dispute, Bouchard has not paid Belle Chasse Marine for any of the outstanding invoices.

8.

As a result of the foregoing, Bouchard is presently indebted to Belle Chasse Marine for the principle sum of $304,113.00, exclusive of interest, attorney's fees and costs. *See* Exhibit B.

**Admiralty Rule C Claim against M/V DONNA J BOUCHARD**

9.

Belle Chasse Marine reincorporates all prior allegations as Admiralty Rule C allegations as if repeated here *in extenso*.

10.

Belle Chasse Marine provided launch services to the DONNA J BOUCHARD on at least twenty-four (24) occasions between March 31, 2019, and October 31, 2019. *See* Exhibit A. On each instance, services were provided on the order of Bouchard and/or the vessel's master, charterer, or agent. Launch services constitute a necessary under the Federal Maritime Lien Act, 46 U.S.C. 31341 *et seq.*, and general maritime law.

11.

Belle Chasse Marine's provision of necessaries to the DONNA J BOUCHARD gives rise to a maritime lien against the vessel in the amount of FIFTY-SIX THOUSAND FIVE HUNDRED FORTY DOLLARS AND NO CENTS ($56,540.00) enforceable by an action *in rem*. Pursuant to Admiralty Rule C, Belle Chasse Marine is entitled to recognition of its maritime lien against the DONNA J BOUCHARD and to issuance of a warrant of arrest authorizing the seizure and sale of the DONNA J BOUCHARD, her engines, tackle, appurtenances, apparel, etc., to satisfy Belle Chasse Marine's lien.

### Admiralty Rule B Claim against Bouchard

12.

Bouchard's failure to pay for services provided to its vessels gives rise to an *in personam* claim for breach of contract in favor of Belle Chasse Marine and against Bouchard for all amounts past due, including interest, costs, and attorney's fees.

13.

After investigation and diligent search, Bouchard cannot be found within this District within the meaning of Rule B. Review of the Louisiana Secretary of State's records shows that Bouchard has not appointed an agent for service of process in Louisiana. Review of Louisiana directory assistance does not reflect any physical offices or places of business in Louisiana.

14.

Notwithstanding the foregoing, Bouchard has, or will have during the pendency of this suit, property and/or assets in this jurisdiction, including but not limited to the M/V DONNA J BOUCHARD, which property and/or assets are subject to attachment pursuant to Admiralty Rule B. Belle Chasse Marine is therefore entitled to an Order authorizing the Clerk of Court to issue process of maritime attachment and garnishment up to the value of Belle Chasse Marine's claim, THREE HUNDRED FOUR THOUSAND ONE HUNDRED THIRTEEN DOLLARS AND NO CENTS ($304,113.00), plus interest, costs, and attorney's fees.

15.

Belle Chasse Marine agrees to hold harmless and indemnify the U.S. Marshal and all of his deputies for any loss or damage associated with the arrest and/or attachment of property as prayed for herein.

**WHEREFORE**, Plaintiff Belle Chasse Marine Transportation, LLC, respectfully prays:

1. That this Complaint be deemed good and sufficient;

2. That process in due form of law according to the practice of this Court may issue against Defendant, citing it to appear and answer the foregoing, failing which default may be taken;

3. That process according to the rules and practices of this Court in causes of admiralty and maritime jurisdiction, particularly Rules B and C of the Admiralty Rules may issue against all property of the Defendant within this District up to the amount of $304,113.00, and against the M/V DONNA J BOUCHARD *in rem* in the amount of $56,540.00, and that the vessel be restrained, attached, and arrested;

4. That a judgment be entered in favor of Plaintiff against the M/V DONNA J BOUCHARD, *in rem*, and against Bouchard, *in personam*, and that said judgment include all principal damages together with pre- and post-judgment interest, costs of suit, and attorney's fees;

5. That the M/V DONNA J BOUCHARD, her engines, tackle, apparel, etc., be condemned and sold, free and clear of all liens and encumbrances to satisfy the judgment and that this Court award Plaintiff out of the proceeds of said sale the full of amount of its damages, together with interest, costs of suit, and attorney's fees; and

6. For such other, further, and different relief as this Court may deem just and proper, including but not limited to a default with respect to any property seized in the event a timely response is not filed.

                Respectfully submitted,

                */s/ Alan R. Davis*
                Alan R. Davis, T.A., #31694
                Miles C. Thomas, #31342
                Destinee F. Ramos #37681
                Lorin R. Scott, #38888
                **LUGENBUHL, WHEATON, PECK, RANKIN, & HUBBARD**
                2775 Pan-American Life Center
                601 Poydras Street
                New Orleans, Louisiana 70130
                Telephone: (504) 568-1990
                Facsimile: (504) 310-9195
                Email: adavis@lawla.com
                        mthomas@lawla.com
                        dramos@lawla.com
                        lscott@lawla.com
                ***Attorneys for Belle Chasse Marine Transportation, LLC***

3645609-1

**PLEASE WITHHOLD SERVICE**

3645609-1